UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAYNE NICHOLAS WALKER,<br>Petitioner,<br>v.<br>B. BIRKHOLZ, Warden,<br>Respondent. | Case No. 2:25-cv-06338-JLS (DTB)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: September 7, 2026

JOSEPHINE L. STATON
United States District Judge